UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN I. ODE,

                Plaintiff,

-against-

TERENCE CARDINAL COOKE (HHC) and
FRED ALSTON LOCAL 272 UNION INT.,

                Defendants.

08-Cv-1528 (SHS) (HBP)

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that on behalf of Defendants, Garage Employees Union Local No. 272, International Brotherhood of Teamsters and Fred Alston as President of Garage Employees Union Local No. 272, International Brotherhood of Teamsters s/h/a as Fred Alston Local 272 Union Int., the undersigned attorney appears as co-counsel of record.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

Dated: New York, New York
       May 22, 2008

                                Respectfully submitted,

                                PITTA & DREIER LLP
                                *Attorneys for Defendants Garage Employees Union Local No. 272, International Brotherhood of Teamsters and Fred Alston, as President of Garage Employees Union Local No. 272, International Brotherhood of Teamsters*

                                By:_____
                                  Michael J. D'Angelo (MD 3030)
                                499 Park Avenue
                                New York, New York 10022
                                (212) 652-3890

{00356296.DOC;}